SOUTHERN COTTON OIL COMPANY, Appellant, v. W. R. GRACE & COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ROBERT REINER, Appellant, v. NORTH AMERICAN NEWSPAPER ALLIANCE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Finch, P. J., and Sherman, J., dissent.

TOVARISHTCHESTVO MANUFACTUR BRATYEV TAROSSOVIKH, Also Known as MANUFACTURING SOCIETY OF TARASSOFF BROTHERS, Also Known as TARASSOFF BROTHERS, LIMITED, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — McAvoy, Merrell, Martin and Sherman, JJ.; Merrell, J., dissents and votes to reverse and grant motion.

CELIA L. HOVER and Another, Respondents, v. GEORGE J. RYAN and Others, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman,. JJ.

JOHN J. HALLERAN and Another, Respondents, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant.*— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to plaintiffs to serve an amended complaint within twenty days from service of order upon payment of said costs, so as to allege that there was interference by defendant in the course of the negotiations which prevented plaintiffs from obtaining contract to procure the sale. No opinion. Present — McAvoy, Merrell, Martin and Sherman, JJ.

CHARLES PRESBREY, Respondent, v. MALCOLM STRAUSS PICTURES CORPORATION, Defendant, Impleaded with MALCOLM STRAUSS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MYRON J. BROWN and Others, Appellants, v. SIEMUND MARINE ELECTRIC WELDING CO., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiffs to reply within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

OLLIE JOHNSON IJAMES, as Administratrix, etc., of JOSEPH STARR JOHNSON, Deceased, Appellant, v. BETA STEAMSHIP CORPORATION and Another, Respondents. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of DANIEL SCHWARZ, Coadministrator, etc., of EDWARD ELIAS SCHWARZ, for an Order of Discovery of Withheld Property. DANIEL SCHWARZ, Appellant, v. MAX SCHWARZ, Respondent.— Order affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

*Appeal dismissed, 257 N. Y. 623.